**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed April 2, 2019.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

**NO. 14-19-00172-CV**

**IN RE GOVERNMENT EMPLOYEES INSURANCE COMPANY, Relator**

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-50385**

## MEMORANDUM OPINION

On March 1, 2019, relator Government Employees Insurance Company filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Rabeea Sultan Collier, presiding judge of the 113th District Court of

Harris County, to vacate the June 28, 2018 order denying relator's motion for severance and abatement.[1]

On March 12, 2019, we abated this original proceeding pursuant to Texas Rule of Appellate Procedure 7.2(b) to allow the respondent to reconsider the predecessor judge's June 28, 2018 ruling. *See* Tex. R. App. P. 7.2(b).

On March 22, 2019, relator advised this court that the parties have settled the underlying case. Relator's requested relief in the petition for writ of mandamus is now moot.

Accordingly, relator's petition for writ of mandamus is ordered dismissed.


PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.

---

[1] Relator also requested relief from respondent's February 25, 2019 order compelling discovery and ordering sanctions. We denied mandamus relief as to that order on March 12, 2019, and it is not a subject of this opinion. *See In re Gov't Emps. Ins. Co.*, No. 14-19-00172-CV, 2019 WL 1119648 (Tex. App.—Houston [14th Dist.] Mar. 3, 2019, orig. proceeding) (mem. op.).